IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO AYALA, on behalf of himself and others similarly situated,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **SYNCREON TECHNOLOGY (USA), LLC,** | : | **NO. 23-cv-04561** |
| *Defendant*. | : | |

**ORDER**

    **AND NOW**, this **14th** day of **November 2024**, upon review of the docket and upon consideration of the Court's order approving the class action settlement (ECF No. 38), the Clerk of Court is hereby **DIRECTED** to **CLOSE** the above-captioned action.

                                                                                                      BY THE COURT:

                                                                                                      /s/ Chad F. Kenney

                                                                                                      **CHAD F. KENNEY, JUDGE**